UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20323-CR-SEITZ

UNITED STATES OF AMERICA,

v.

EDEL JIMINEZ,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Hugo Rodriguez, Esq. for fees and expenses be reduced from $4,347.80 to $3,843.80. The Court has reviewed Judge Palermo's R&R. No objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED, and made the Order of the District Court, as follows: Mr. Rodriguez shall be paid **$3,843.80** as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this  18  day of February, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Hugo Rodriguez, Esq.
Lucy Lara, CJA Administrator